# United States Court of Appeals

## For the Eighth Circuit

_____

No. 14-1140

_____

Tawfeeq Abuirqeba

*Plaintiff - Appellant*

v.

Carolyn W. Colvin, Acting Commissioner, Social Security Administration

*Defendant - Appellee*

_____

Appeal from United States District Court
for the Eastern District of Missouri - St. Louis

_____

Submitted: September 23, 2014
Filed: September 25, 2014
[Unpublished]

_____

Before WOLLMAN, BYE, and SMITH, Circuit Judges.

_____

PER CURIAM.

Tawfeeq Abuirqeba appeals the district court's[1] order affirming the denial of disability insurance benefits and supplemental security income. We find that the

_____

[1]The Honorable Henry E. Autrey, United States District Judge for the Eastern District of Missouri.

administrative law judge's (ALJ's) opinion is supported by substantial evidence on the record as a whole.  See Myers v. Colvin, 721 F.3d 521, 524 (8th Cir. 2013) (de novo review).  Contrary to Abuirqeba's assertions, the ALJ's credibility determination is supported by good reasons and substantial evidence, and thus it is entitled to deference, see McDade v. Astrue, 720 F.3d 994, 998 (8th Cir. 2013); the ALJ was not required to develop the record further, see McCoy v. Astrue, 648 F.3d 605, 612 (8th Cir. 2011) (ALJ has duty to develop record but it is not never-ending, and ALJ is not required to disprove every possible impairment; medical examinations and tests are required only if medical records before ALJ lack sufficient evidence to determine if claimant is disabled); Pena v. Chater, 76 F.3d 906, 909 (8th Cir. 1996) (there is no obligation to investigate claim not presented in application or offered at hearing as basis for disability); we find no inconsistencies in the ALJ's findings on Abuirqeba's abilities to stand and walk; and we find no error in the ALJ's determination that Abuirqeba was literate and able to communicate in basic English. The judgment of the district court is affirmed.

_____